AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Mario Ibarra-Serna

IAE   YOB: 1958
Mexico
(Name and Address of Defendant)

United States District Court
Southern District Of Texas
FILED

MAY 22 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-1171-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 20, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Mario Ibarra-Serna was encountered by Border Patrol Agents near Hidalgo, Texas on May 20, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 20, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 25, 2010 through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 2, 2007, the defendant was convicted of 8 USC 1326 and sentenced to forty-five (45) months confinement and two (2) years supervised release term.

Approved by AUSA J. DiPIAZZA 5/22/19 8:09 am

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

May 22, 2019

J. Scott Hacker   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Nicolas L. Burgos   Border Patrol Agent

Signature of Judicial Officer